NUMBER 13-07-286-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


EX PARTE: EMMANUEL MORALES


____________________________________________________________


On Petition for Writ of Habeas Corpus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Benavides, and Vela


Per Curiam Memorandum Opinion (1)



 Emmanuel Morales has filed an original petition for writ of habeas corpus in the
above cause attempting to raise issues of double jeopardy and ineffective assistance
of counsel. (2) 

 Our jurisdiction to issue writs of habeas corpus is limited. In re Shaw, 175
S.W.3d 901, 903 (Tex. App.-Texarkana 2005, orig. proceeding); Ex parte Hawkins,
885 S.W.2d 586, 588 (Tex. App.-El Paso 1994, orig. proceeding). It extends to
situations where a person is restrained of his or her liberty "by virtue of an order,
process, or commitment issued by a court or judge because of the violation of an
order, judgment, or decree . . . made, rendered, or entered . . . in a civil case." Tex.
Gov't Code Ann. § 22.221(d) (Vernon 2004). 

 The courts of appeals have no original habeas corpus jurisdiction in criminal
matters. See Ater v. Eighth Court of Appeals, 802 S.W.2d 241, 243 (Tex. Crim. App.
1991); Ex parte Hearon, 3 S.W.3d 650, 650 (Tex. App.-Waco 1999, orig.
proceeding); Dodson v. State, 988 S.W.2d 833, 835 (Tex. App.-San Antonio 1999,
no pet.); Ex parte Hawkins, 885 S.W.2d 586, 588 (Tex.App.--El Paso 1994, orig.
proceeding). 

 Accordingly, we DISMISS the petition for writ of habeas corpus for lack of
jurisdiction. See Shaw, 175 S.W.3d at 903. 


 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed

this 11th day of May, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).
2. Applicant's petition for writ of habeas corpus fails to comply with the procedural and substantive
requirements of the appellate rules insofar as it fails to include, inter alia, a concise statement of the issues
presented for relief, a statement of facts, or a clear and concise argument for the contentions made, with
appropriate citations to authorities and to an appendix or record. See generally Tex. R. App. P. 52.3.